David Fuentes Urias (Cal. Bar No. 362935)
SERRATO LAW FIRM, PC
217 North Main Street, Suite 300
Santa Ana, CA 92701
T: +1 (714) 775-6654
david@serratolaw.com

Attorney for *Petitioner*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERIBERTO VARGAS ROMERO,<br><br>Petitioner,<br><br>v.<br><br>JAMES JANECKA, *et al.*,<br><br>Respondents. | Case No. 5:26-cv-02145-ACCV<br><br><br>Honorable Angela C. C. Viramontes<br>United States Magistrate Judge |

**NOTICE OF LODGING: REQUEST TO SIGN ORDER OF STIPULATED DISMISSAL (Dkt. 13)**

On April 27, 2026, Petitioner Heriberto Vargas Romero ("Petitioner") filed a Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief seeking an order requiring Respondents to provide a bond redetermination hearing or to release Petitioner. Dkt.1. On May 13, 2026, undersigned counsels David Fuentes Urias and Gavin Greene agreed to a joint motion to dismiss the petition without prejudice, pursuant to the Petitioner's communication to undersigned counsel and his firm. Dkt. 13.

As of June 8, 2026, the above captioned case remains closed, but an order of stipulated dismissal has not been signed by Honorable Judge Viramontes. Therefore, Immigration and Customs Enforcement (ICE) has not been able to process Petitioner's removal from the United States.

Petitioner humbly requests Judge Viramontes sign the required order of stipulated dismissal so that he may be allowed to depart from the United States and finally be released from detention.

Respectfully submitted this Thursday, June 11, 2026

By: /s/ David Fuentes Urias, Esq.
David Fuentes Urias
Cal. Bar No. 362935
217 North Main Street, Suite 300
Santa Ana, CA 92701
T: (714) 775-6654
F: (714) 775-6654
Email: david@serratolaw.com

Attorney for Petitioner

2
ORDER OF STIPULATED DISMISSAL

## ~~(PROPOSED)~~ ORDER OF STIPULATED DISMISSAL

Pursuant to the stipulation of the parties, (ECF No. 10), it is hereby ORDERED:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and Local Rule 41-2, this action is otherwise DISMISSED WITHOUT PREJUDICE, with each party bearing that party's own attorney's fees and costs.

Dated: June 11, 2026

Honorable Angela C. C. Viramontes
United States Magistrate Judge

---

3

ORDER OF STIPULATED DISMISSAL